An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

IN THE SUPREME COURT OF THE STATE OF NEVADA

DAVID P. WOODS; AND KAREN L. WOODS,

     Appellants,

vs.

BANK OF AMERICA, N.A.; PRLAP, INC.; US BANK, N.A., AS TRUSTEE FOR THE CERTIFICATE HOLDERS OF BANC OF AMERICA FUNDING 2006-1 TRUST; BRIAN MOYNIHAN; GREEN TREE SERVICING, LLC; KEITH ANDERSON; CAL-WESTERN RECONVEYANCE, LLC; AND ROBERT H. HOSCH,

     Respondents.

No. 68860

FILED

OCT 2 3 2015

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is an appeal from a district court order striking appellants' first amended verified complaint for failure to comply with NRCP 15(a). Second Judicial District Court, Washoe County; Elliott A. Sattler, Judge. Appellants are proceeding in pro se pursuant to this court's pilot program for civil litigants proceeding without counsel.

Our review of the documents submitted to this court pursuant to NRAP 3(g) reveals a jurisdictional defect. Specifically, it appears that the judgment or order designated in the notice of appeal is not substantively appealable. *See* NRAP 3A(b). This court has jurisdiction to consider an appeal only when the appeal is authorized by statute or court rule. *Taylor Constr. Co. v. Hilton Hotels*, 100 Nev. 207, 678 P.2d 1152 (1984). No statute or court rule provides for an appeal from an order

SUPREME COURT
OF
NEVADA

(O) 1947A

15-32361

striking a complaint pursuant to NRCP 15(a).  Accordingly, we conclude that we lack jurisdiction, and we

ORDER this appeal DISMISSED.

_____, J.
Saitta

_____, J.
Gibbons

_____, J.
Pickering

cc:     Hon. Elliott A. Sattler, District Judge
        David P. Woods
        Karen L. Woods
        Akerman LLP/Las Vegas
        Robison Belaustegui Sharp & Low
        Brooks Hubley LLP
        Wright, Finlay & Zak, LLP/Las Vegas
        Washoe District Court Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A